■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH G. VEGA, Appellant. [775 NYS2d 728]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Dennis Kehoe, J.— Criminal Possession of Stolen Property, 4th Degree.) (Present— Pigott, Jr., P.J., Pine, Scudder, Gorski and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN GREEN, Appellant. [775 NYS2d 728]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Penny M. Wolfgang, J.—Attempted Assault, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Scudder, Gorski and Hayes, JJ.